UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-207

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KIMBERLY COTTON (2) | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss the Indictment as to Kimberly Cotton without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 42).

**IT IS ORDERED** that the Government's motion is **GRANTED** and the Indictment as to Kimberly Cotton is dismissed without prejudice.

Signed: December 3, 2012

Robert J. Conrad, Jr.
Chief United States District Judge